**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00395-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SANTANA-SOTO,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable John L. Kane, United States District Judge, on December 12, 2014, it is hereby

    ORDERED that Defendant Miguel Santana-Soto is sentenced to **TIME SERVED.**

    Dated:  December 12, 2014.

                               BY THE COURT:

                               s/John L. Kane
                               JOHN L. KANE,
                               UNITED STATES DISTRICT JUDGE